# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-1162

_____

BRANDON A. BAILEY,

    Appellant,

    v.

STATE OF FLORIDA, DEPARTMENT
OF REVENUE CHILD SUPPORT
PROGRAM and NYKALA MICHELE
VASQUEZ,

    Appellees.

_____

On appeal from the Department of Revenue.

September 24, 2020

PER CURIAM.

AFFIRMED. *See Standard v. State, Dep't of Revenue, Child Support Enf't Program*, 249 So. 3d 798, 798–99 (Fla. 1st DCA 2018) ("Because Appellant failed to participate in the administrative proceedings by returning the forms for financial information supplied him by the Department and failed to request an administrative hearing after notice of his right to do so and the consequences for failing to do so, Appellant has not preserved any issue for this Court's appellate review. By waiving his right to a hearing, Appellant waived his ability to challenge the sufficiency of the evidence to support the Department's determination of his child support obligations.").

RAY, C.J., and BILBREY and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Brandon A. Bailey, pro se, Appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellees.